B3B (Official Form 3B) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re: Sarah Mae Lewis
      Debtor(s)

Case No. 10 B 04648

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 74.75 on or before April 2, 2010
$ 74.75 on or before April 30, 2010
$ 74.75 on or before May 14, 2010
$ 74.75 on or before June 4, 2010

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.
                                                         (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: MAR 10 2010

BY THE COURT:
_____
United States Bankruptcy Judge

Sarah Mae Lewis
10 B 04648

## CERTIFICATE OF SERVICE

I, Lester Smith certify that on <u>March 11</u>, 20<u>10</u>, I caused to be mailed by United States first class mail copies of the foregoing documents to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Lester Smith, ~~Relief~~ Courtroom Deputy*

<u>Electronic Service through CM/ECF System</u>

***Trustee***
**Allan J DeMars**
Spiegel & Demars
100 W Monroe St Ste 910
Chicago, IL 60603

***U.S. Trustee***
**William T Neary**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

<u>First Class Mail</u>

***Debtors***
**Sarah Mae Lewis**
11 S Austin
Chicago, IL 60644